**Fill in this information to identify the case:**

Debtor name  **Top Shelf Barber Supplies LLC**

United States Bankruptcy Court for the: **Eastern** District of **Michigan**
(State)

Case number (If known): **21-47551**

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................
   $ **0**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................
   $ **1,025,300**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................
   $ **1,025,300**

---

**Part 2:** **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................
   $ **1,543,603.99**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 line 5a of *Schedule E/F* .................. **Text**
   $ **0**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 line 5b of *Schedule E/F* ........................................
   + $ **7,421,158.85**

4. **Total liabilities**................................................................................................
   Lines 2 + 3a + 3b
   $ **8,964,762.84**

**Fill in this information to identify the case:**

Debtor name _____ **Top Shelf Barber Supplies LLC** _____

United States Bankruptcy Court for the: **Eastern** _____ District of **Michigan** _____
(State)

Case number (If known): **21-47551** _____

☐ Check if this is an amended filing

<u>Official Form 206A/B</u>

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Citizens Bank** | **Business Checking** | ___ ___ ___ ___ | $ **300.00** |
| 3.2. | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | $ |
|---|---|
| 4.2. | $ |

5. **Total of Part 1** — $ **300.00**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

    ☒ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

| 7.1. | $ |
|---|---|
| 7.2. | $ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: _____ – _____ = .......➜    $_____
    
              face amount          doubtful or uncollectible accounts

    11b. Over 90 days old: **$1,000,000** – _____ = .......➜    $ **1,000,000**
    
              face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ **1,000,000**

---

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | | $_____ |

Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

    ☒ No. Go to Part 10.

    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☐ No

    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☒ No. Go to Part 11.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    $_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|--|--|------------------------------------|

71. **Notes receivable**

Description (include name of obligor)

RAW APOTHECARY LLC          $25,000.00  —  _____  = ➜  $ 25,000.00

Total face amount          doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| Description | Tax year |  |
|-------------|----------|--|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____        $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____        $_____

Nature of claim          _____

Amount requested          $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____        $_____

Nature of claim          _____

Amount requested          $_____

76. **Trusts, equitable or future interests in property**

_____        $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____        $_____

_____        $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.          $ 25,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 300.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,000,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9. .* ➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 25,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $1,025,300.00 | + 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......................................... $ 1,025,300.00

Debtor name __Top Shelf Barber Supplies LLC__

United States Bankruptcy Court for the: __Eastern__ District of __Michigan__
(State)

Case number (If known): __21-47551__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.1**

Creditor's name
__Amazon Capital Services, Inc.__

Creditor's mailing address
__2201 Westlake Ave__
__Seattle, WA 98121 USA__

Creditor's email address, if known
__uccfilingreturn@wolterskluwer.com__

Date debt was incurred    __05/21/2015__

Last 4 digits of account number   __8   7   0   1__

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
__Physical Inventory, Equipment, Ledgers__
_____
_____

Describe the lien
__Michigan UCC Lien 2016071425-0__

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ __370,833.08__     $ __10,000,000__

**2.2**

Creditor's name
__Payability Commercial Factors, LLC__

Creditor's mailing address
c/o WITTE LAW OFFICES, PLLC
119 E. Kalamazoo St.
Lansing, Michigan 48933-2111 – USA

Creditor's email address, if known
__SPRS@FICOSO.COM__

Date debt was incurred    __12/19/2016__

Last 4 digits of account number   __ __ __ __ __

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines ___

Describe debtor's property that is subject to a lien
__"All property and assets of the Debtor"__
_____
_____

Describe the lien
__Michigan UCC File 20161219000883-3__

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ __1,078,789.85__     $ __0__

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ __1,543,603.99__

**Part 1:** Additional Page

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** Creditor's name

TOYOTA INDUSTRIES COMMERICAL FINANCE

Creditor's mailing address

951 CYPRESS WATER BLVD SUITE 300
Coppell, TX 75019 USA

Creditor's email address, if known
N/A

Date debt was incurred    12/13/2017
Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

(1) TOYOTA 8FBE18U SERIAL#: 8FBE18U-13151, EQUPPED WITH 189FSV MAST, CASCADE SIDESHIFTER, 42" FORKS AND TREAD NON MARKING TIRES
(1) ENERSY BATTERY MODEL: 18-85P-17, SERIAL #: MRJ001884 (1) ENERSYS CHARGER MODEL: EI3-HL-4Y, SERIAL #: RI542817

$ **21,017.16**     $ **0**

Describe the lien
Michigan UCC File 20171213001116-0

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** Creditor's name

LEASE CORPORATION OF AMERICA

Creditor's mailing address

3150 LIVERNOIS RD, SUITE 300
TROY, MI 48083 USA

Creditor's email address, if known

Date debt was incurred    11/30/2018
Last 4 digits of account number    __ - 0 0 0

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

BUILDING SECURITY SYSTEM

$ **32,041.25**     $ **0**

Describe the lien
Michigan UCC File 20181130000436-1

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page **2** of **6**

| Debtor | Top Shelf Barber Supplies LLC | Case number *(if known)* | 21-47551 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5**

**Creditor's name**

GREATAMERICA FINANCIAL SERVICES CORPORATION

**Creditor's mailing address**

625 FIRST STREET
Cedar Rapids, IA 52401-2030 USA

**Creditor's email address, if known**
cloftus@SPMBLAW.com

**Date debt was incurred** 12/03/2018

**Last 4 digits of account number** 3 8 2 2

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**IT EQUIPMENT**

_____

**Describe the lien** Michigan UCC File 20181204000773-3

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30,814.81 | $ 0

---

**2.6**

**Creditor's name**

CORPORATION SERVICE COMPANY, AS REPRESENTATIVE

**Creditor's mailing address**

P .O. BOX 2576
SPRINGFIELD, IL 62708 USA

**Creditor's email address, if known**
uccsprep@cscinfo.com

**Date debt was incurred** 03/22/2019

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

UNKNOWN LIEN DOES NOT DISCLOSE

_____

**Describe the lien** Michigan UCC File 20190322000545-9

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ _____ | $ 0

---

| Debtor | **Top Shelf Barber Supplies LLC** | Case number *(if known)* | 21-47551 |
|--------|-----------------------------------|--------------------------|----------|
|        | Name                              |                          |          |

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7**

**Creditor's name**

FIRST CORPORATE SOLUTIONS, AS REPRESENTATIVE

**Creditor's mailing address**

914 S STREET
SACRAMENTO CA 95811 USA

**Creditor's email address, if known**

SPRS@FICOSO.COM

**Date debt was incurred**    10/06/2020

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

"All property and assets of the Debtor"

$_____    $_____ 0

**Describe the lien** Michigan UCC File 20201006000616-4

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.8**

**Creditor's name**

Celtic Bank Corporation

**Creditor's mailing address**

914 S STREET
SACRAMENTO CA 95811 USA

**Creditor's email address, if known**

SPRS@FICOSO.COM

**Date debt was incurred**    09/13/2019

**Last 4 digits of account number**    1  4  4  1

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

    ☒ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

"All property and assets of the Debtor"

$ 10,364.38    $_____ 0

**Describe the lien** Michigan UCC File 20190913000635-7

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page **4** of **6**

| Debtor | Top Shelf Barber Supplies LLC | Case number (if known) | 21-47551 |
|---|---|---|---|
| | Name | | |

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9**

**Creditor's name**

CORPORATION SERVICE COMPANY, AS REPRESENTATIVE

**Describe debtor's property that is subject to a lien**

N/A

$_____        $_____ 0

**Creditor's mailing address**

P.O. BOX 2576

SPRINGFIELD, IL 62708 USA

**Describe the lien**

Michigan UCC File 20190322000545-9

**Creditor's email address, if known**

uccsprep@cscinfo.com

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    03/22/2019

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2._**

**Creditor's name**

**Describe debtor's property that is subject to a lien**

$_____        $_____

**Creditor's mailing address**

_____
_____

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page __5__ of __6__

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Form 206D          Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**          page ___**6** of **6**

Debtor **Top Shelf Barber Supplies LLC**

United States Bankruptcy Court for the: **Eastern** District of **Michigan**
(State)

Case number **21-47551**
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $ _____  $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $ _____  $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $ _____  $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
| --- | --- | --- |

---

**2.___** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____  $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.___** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____  $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.___** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____  $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.___** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____  $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page **2** of **12**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

**Alfaparf - BIP Inc.**
**8200 NW 33rd St. Ste 109**
**Doral, FL 33122 – USA**

As of the petition filing date, the claim is: $ **28,497.36**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **08/29/2018**
Last 4 digits of account number **0290**

Basis for the claim: **breach of contract**

Is the claim subject to offset?
☒ No
☐ Yes

**3.2** | Nonpriority creditor's name and mailing address

**Amazon Media Group LLC**
**2021 7TH Ave**
**Seattle , WA, 98121-260 – USA**

As of the petition filing date, the claim is: $ **281,787.40**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **breach of contract**

Date or dates debt was incurred **2017**
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☒ Yes

**3.3** | Nonpriority creditor's name and mailing address

**Amazon Services**
**410 Terry Avenue**
**North Seattle, WA 98109 – USA**

As of the petition filing date, the claim is: $ **14,538.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **breach of contract**

Date or dates debt was incurred **2020**
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.4** | Nonpriority creditor's name and mailing address

**Amazon.com, Inc.**
**410 Terry Avenue**
**North Seattle, WA 98109 – USA**

As of the petition filing date, the claim is: $ **10,000**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **breach of contract**

Date or dates debt was incurred **01/01/2021**
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.5** | Nonpriority creditor's name and mailing address

**AMERICAN EXPRESS**
**PO Box 6985**
**Buffalo, NY 14240-6985 – USA**

As of the petition filing date, the claim is: $ **130,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **breach of contract**

Date or dates debt was incurred **Jan 1 2018 to Jan 1 2020**
Last 4 digits of account number **4000**

Is the claim subject to offset?
☒ No
☐ Yes

**3.6** | Nonpriority creditor's name and mailing address

**Banc of America Leasing & Capital, LLC**
**c/o Robert Ajlouny (P35941)**
**370 E. Maple Road, Ste. 230**
**Birmingham, MI 48009 – USA**

As of the petition filing date, the claim is: $ **365,567.16**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **breach of contract**

Date or dates debt was incurred **04/30/2019**
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Top Shelf Barber Supplies LLC | Case number (if known) | 21-47551 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

**Bank of America**

**100 N Tryon St**
**Charlotte, NC 28202 – USA**

Date or dates debt was incurred: April 1 2014 to September 20, 2021
Last 4 digits of account number: 8 0 4 1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: breach of contract

Is the claim subject to offset?
☒ No
☐ Yes

$ 87,381.68

---

**3.8** Nonpriority creditor's name and mailing address

**Brex**

**405 Howard Street**
**San Francisco, CA 94105 – USA**

Date or dates debt was incurred: 01/23/2020
Last 4 digits of account number: 3 3 4 2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

breach of contract

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 157,630.71

---

**3.9** Nonpriority creditor's name and mailing address

**CAPITAL ONE BANK (USA), N.A.**

**965 Keynote Circle**
**Cleveland, OH 44131 – USA**

Date or dates debt was incurred: April 6, 2014 to September 21,2021
Last 4 digits of account number: 7 6 5 6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

breach of contract

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 15,983.47

---

**3.10** Nonpriority creditor's name and mailing address

**Clark Hill**
**200 Ottawa NW**
**Suite 500**
**Grand Rapids, MI 49503 – USA**

Date or dates debt was incurred: 09/10/2019 to 11/07/2019
Last 4 digits of account number: 4 9 4 2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

breach of contract

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 18,435.50

---

**3.11** Nonpriority creditor's name and mailing address

**Comcast Business**

**1701 JFK Boulevard**
**Philadelphia, PA 19103 - USA**

Date or dates debt was incurred: 09/10/2021
Last 4 digits of account number: 1 2 7 7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

breach of contract

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☒ Yes

$ 88,152.66

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 4 of 12

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.12** Nonpriority creditor's name and mailing address
**Consumers Energy**

P.O. Box 740309
Cincinnati, OH 45274-0309 – USA

Date or dates debt was incurred  01/01/2019 to 09/21/2021
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: **breach of contract**

Is the claim subject to offset?
☒ No
☐ Yes

$ **5,000.00**

---

**3.13** Nonpriority creditor's name and mailing address
**Dentons US LLP**

1221 Avenue of the Americas
New York, NY 10020-1089 – USA

Date or dates debt was incurred  09/10/2018 to 12/22/2020
Last 4 digits of account number  7 3 6 4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **breach of contract**

Is the claim subject to offset?
☐ No
☒ Yes

$ 57,391.00

---

**3.14** Nonpriority creditor's name and mailing address
**Derderian, Kann, Seyferth & Salucci, P.C.**

3001 W. Big Beaver, Suite 700
Troy, MI 48084 – USA

Date or dates debt was incurred  08/07/2020
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **breach of contract**

Is the claim subject to offset?
☐ No
☒ Yes

$ 11,024

---

**3.15** Nonpriority creditor's name and mailing address
**Johnny B Haircare**

6409 Gayhart St,
Commerce, CA 90040 – USA

Date or dates debt was incurred  10/15/2019
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **breach of contract**

Is the claim subject to offset?
☐ No
☒ Yes

$ 41,433.35

---

**3.16** Nonpriority creditor's name and mailing address
**JPMorgan Chase Bank, N.A.**

270 Park Ave.
New York, NY 10017 – USA

Date or dates debt was incurred  02/01/2015 to 09/21/2021
Last 4 digits of account number  7 6 4 3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **breach of contract**

Is the claim subject to offset?
☐ No
☒ Yes

$ 39,892.80

**Part 2:**  **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.17** Nonpriority creditor's name and mailing address

**Kabbage Inc.**

**730 Peachtree St NE #1100**
**Atlanta, GA 30308 – USA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ **163,976.00**

Basis for the claim: __breach of contract__

Date or dates debt was incurred  **02/01/2015 to 09/21/2021**
Last 4 digits of account number  **2  9  3  0**

Is the claim subject to offset?
☐ No
☒ Yes

---

**3.18** Nonpriority creditor's name and mailing address

**Ken Nemec**

**809 E. Superior**
**Wayland, MI 49348 – USA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **10,000.00**

Basis for the claim: __breach of contract__

Date or dates debt was incurred  **01/01/2018**
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

**King & I Sales and Distribution Company, Inc.**

**P.O. BOX 615**
**South Orleans, MA 02662 – USA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **7454.38**

Basis for the claim: __breach of contract__

Date or dates debt was incurred  **10/25/2019**
Last 4 digits of account number  **5  5  2  1**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

**Lansing Board of Water & Lights**

**1201 S Washington Ave**
**Lansing, MI 48910 – USA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,117.07**

Basis for the claim:  **breach of contract**

Date or dates debt was incurred  **January 1, 2019 to September 21, 2021**
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

**NatureLab**

**5792 W. Jefferson Blvd.**
**Culver City, CA 90016 – USA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **41,940.00**

Basis for the claim:  **breach of contract**

Date or dates debt was incurred  **11/26/2019 to 02/14/2020**
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Top Shelf Barber Supplies LLC | Case number (if known) | 21-47551 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3. 22** Nonpriority creditor's name and mailing address

**RUBIE'S COSTUME COMPANY, INC**

c/o GLASSEN, RHEAD, MCCLEAN, CAMPBELL
& SCHUMACHER
533 SOUTH GRAND AVE
LANSING, MI 48933 – USA

Date or dates debt was incurred    01/02/2018 to 01/10/2019

Last 4 digits of account number    8  0  0  3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: **breach of contract**

Is the claim subject to offset?
☒ No
☐ Yes

$ **149,936.40**

---

**3.23** Nonpriority creditor's name and mailing address

**Scarecrow, Inc.**

**431 Leoni Dr.**
**Grover Beach, CA 93433 – USA**

Date or dates debt was incurred    06/01/2018

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **breach of contract**

Is the claim subject to offset?
☒ No
☐ Yes

$ **190,560.00**

---

**3.24** Nonpriority creditor's name and mailing address

**Spadafore Distributing Company**
c/o H. Kirby Albright (P32363)
124 W. Allegan Street, Suite 1000
Lansing, MI 48933 – USA

Date or dates debt was incurred    **2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **breach of contract**

Is the claim subject to offset?
☒ No
☐ Yes

$ **207,271.54**

---

**3.25** Nonpriority creditor's name and mailing address

**Spin Master Ltd.**

**225 King Street W**
**Toronto, ON M5V 3M2 – CANADA**

Date or dates debt was incurred    11/07/2019 to 12/13/2019

Last 4 digits of account number    1  8  8  9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **breach of contract**

Is the claim subject to offset?
☐ No
☐ Yes

$ **812,726.22**

---

**3.26** Nonpriority creditor's name and mailing address

**Sunrise Banks North America**

**200 University Avenue West**
**Saint Paul, MN 55103 – USA**

Date or dates debt was incurred    02/04/2021

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **breach of contract**

Is the claim subject to offset?
☒ No
☐ Yes

$ **302,200.00**

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.27** Nonpriority creditor's name and mailing address

**Technology Concepts & Design, Inc.**

**4508 Weybridge Lane**
**Greensboro, NC 27407**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: **breach of contract**

$ **58,494.26**

Date or dates debt was incurred    **12/31/2019 to 08/31/2021**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

**3.28** Nonpriority creditor's name and mailing address

**THE MONROVIA GROUP LLC**
**C/O SCOTT M. KWIATKOWSKI**
**4000 TOWN CENTER, SUITE 1200**
**SOUTHFIELD, MI 48075 – USA**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: **breach of contract**

$ **660,541.94**

Date or dates debt was incurred    **11/18/2020**

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

**3.29** Nonpriority creditor's name and mailing address

**Pearl Cohen Zedek Latzer Baratz LLP**

**Times Square Tower, 7 Times Square**
**New York, NY 10036 – USA**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **breach of contract**

$ **352,254.82**

Date or dates debt was incurred    January 13, 2021 to 07/31/2021

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number    **2  8  7  2**

---

**3.30** Nonpriority creditor's name and mailing address

**THINK OPERATIONS LLC**

**174 Route 109**
**West Babylon, NY 11704-6221 – USA**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: **breach of contract**

$ **1,533,935.83**

Date or dates debt was incurred    June 1 2019 to September 01, 2019

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number    **1  3  6**

---

**3.31** Nonpriority creditor's name and mailing address

**TIGI LINEA CORP**

**1655 Waters Ridge Dr,**
**Lewisville, TX 75057 – USA**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **breach of contract**

$ **948,375.85**

Date or dates debt was incurred    October 01, 2017 to December 31, 2017

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number    **7  9  7  7**

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.32** Nonpriority creditor's name and mailing address

**Darktrace Holdings Limited**

Maurice Wilkes Building St John's Innovation Park Cowley Road
Cambridge
CB4 0DS
UK

Date or dates debt was incurred  January 01, 2018 to September 21, 2021

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  **breach of contract**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ __300,000.00__

---

**3.33** Nonpriority creditor's name and mailing address

**ULINE**

**12575 Uline Dr.**

**Pleasant Prairie, WI 53158 – USA**

Date or dates debt was incurred  December 9, 2019 to December 30, 2019

Last 4 digits of account number  _0_ _6_ _4_ _5_

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **breach of contract**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ **5,961.23**

---

**3.34** Nonpriority creditor's name and mailing address

**UPS**

**55 Glenlake Parkway**

**NE Atlanta, GA 30328 – USA**

Date or dates debt was incurred  **Jan 1 2021**

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **breach of contract**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ **273.60**

---

**3.35** Nonpriority creditor's name and mailing address

**US BANK**

**800 Nicollet Mall Fl 2**

**Minneapolis, MN 55402 – USA**

Date or dates debt was incurred  Jan 1 2016 to Sept 21, 2021

Last 4 digits of account number  _9_ _7_ _0_ _7_

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **breach of contract**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ **14,926.49**

---

**3.36** Nonpriority creditor's name and mailing address

**WebBank**

**215 South State Street, Suite 1000**

**Salt Lake City, UT 84111 – USA**

Date or dates debt was incurred  **04/15/2020**

Last 4 digits of account number  _3_ _3_ _8_ _9_

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **breach of contract**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ **306,498.13**

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
| --- | --- |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| 4.1. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page **10** of __**12**

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____ |
| 5b. **Total claims from Part 2** | 5b. + | $ 7,421,158.85 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 7,421,158.85 |

Fill in this information to identify the case:

Debtor name **Top Shelf Barber Supplies LLC**

United States Bankruptcy Court for the: **Eastern**　District of **Michigan**
(State)

Case number (If known): **21-47551**　Chapter **7**

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases　　12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Official Form 206G　　Schedule G: Executory Contracts and Unexpired Leases　　page 1 of **2**

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page _2_ of _2_

Debtor name **Top Shelf Barber Supplies LLC**

United States Bankruptcy Court for the: **Eastern** District of **Michigan**
(State)

Case number (If known): **21-47551**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 Douglas Mrdeza | 5938 Hickory Tree Trl. <br> Street <br> Bloomfield Hills, MI 48301 <br> City State ZIP Code | Amazon Capital Services, Inc. | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.2 Douglas Mrdeza | 5938 Hickory Tree Trl. <br> Street <br> Bloomfield Hills, MI 48301 <br> City State ZIP Code | Payability Commercial Factors, LLC | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.3 Douglas Mrdeza | 5938 Hickory Tree Trl. <br> Street <br> Bloomfield Hills, MI 48301 <br> City State ZIP Code | RUBIE'S COSTUME COMPANY, INC | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.4 Douglas Mrdeza | 5938 Hickory Tree Trl. <br> Street <br> Bloomfield Hills, MI 48301 <br> City State ZIP Code | TIGI LINEA CORP | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.5 Douglas Mrdeza | 5938 Hickory Tree Trl. <br> Street <br> Bloomfield Hills, MI 48301 <br> City State ZIP Code | CAPITAL ONE BANK (USA), N.A. | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.6 Douglas Mrdeza | 5938 Hickory Tree Trl. <br> Street <br> Bloomfield Hills, MI 48301 <br> City State ZIP Code | AMERICAN EXPRESS | ☐ D <br> ☒ E/F <br> ☐ G |

| **Additional Page if Debtor Has More Codebtors** |
| --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.__ Douglas Mrdeza | 5938 Hickory Tree Trl.<br>Street<br>Bloomfield Hills,    MI    48301<br>City    State    ZIP Code | JPMorgan Chase Bank, N.A. | ☐ D<br>☒ E/F<br>☐ G |
| 2.__ Douglas Mrdeza | 5938 Hickory Tree Trl.<br>Street<br>Bloomfield Hills,    MI    48301<br>City    State    ZIP Code | Amazon.com, Inc. | ☐ D<br>☒ E/F<br>☐ G |
| 2.__ Douglas Mrdeza | 5938 Hickory Tree Trl.<br>Street<br>Bloomfield Hills,    MI    48301<br>City    State    ZIP Code | Kabbage Inc. | ☐ D<br>☒ E/F<br>☐ G |
| 2.__ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Top Shelf Barber Supplies LLC**

United States Bankruptcy Court for the: **Eastern** District of **Michigan**
(State)

Case number (If known): **21-47551**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021 to Filing date<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ **0** |
| **For prior year:** | From 01/01/2020 to 12/31/2020<br>MM / DD / YYYY    MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ **1,603,442.76** |
| **For the year before that:** | From 01/01/2019 to 12/31/2019<br>MM / DD / YYYY    MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ **15,367,523.48** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
   from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City          State     ZIP Code | _____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City          State     ZIP Code | _____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>_____<br>City          State     ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | _____<br>_____<br>_____ |
| 4.2. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>_____<br>City          State     ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | _____<br>_____<br>_____ |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City          State          ZIP Code | | | |
| 5.2. | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name **Amazon.com, Inc.**<br>Street **410 Terry Avenue**<br>**North Seattle, WA 98109**<br>City          State          ZIP Code | **Refused to reimburse over $5,000,000 in funds owed**<br><br>Last 4 digits of account number: XXXX– __ __ __ __ | **10/04/2021** | $ **5,000,000** |

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | Name | ☐ Pending |
| | | Street | ☐ On appeal |
| Case number | | | ☐ Concluded |
| | | City          State          ZIP Code | |
| 7.2. Case title | | Court or agency's name and address | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City          State          ZIP Code | |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| Street | **Case title** | **Court name and address** |
| | _____ | |
| City          State     ZIP Code | **Case number** | Name |
| | _____ | Street |
| | **Date of order or assignment** | |
| | _____ | City       State       ZIP Code |

## Part 4:     Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City      State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| _____ | | | |
| 9.2. Recipient's name | _____ | | $_____ |
| Street | _____ | | |
| City      State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| _____ | | | |

## Part 5:     Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| **Tech Deck Exclusive Toys** | **0** | **01/01/2021** | $ **250,000** |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **RAW APOTHECARY LLC** | **TRADEMARK** | _____ | $ 25,000.00 |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

## Part 7: Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | | Dates of occupancy | |
|---|---|---|---|---|---|
| 14.1. | **5400 PIERSON HIGHWAY** | | | From __2018__ | To __2020__ |
| | Street | | | | |
| | **LANSING** | **MI** | **48917** | | |
| | City | State | ZIP Code | | |
| 14.2. | **555 S OLD WOODWARD AVE** | | | From __2020__ | To __2021__ |
| | Street | | | | |
| | **SUITE 1109** | | | | |
| | **BIRMINGHAM** | **MI** | **48009** | | |
| | City | State | ZIP Code | | |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____<br>_____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City   State   ZIP Code | _____ | _Check all that apply:_<br>☐ Electronically<br>☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____<br>Facility name | _____<br>_____ | |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City   State   ZIP Code | _____ | _Check all that apply:_<br>☐ Electronically<br>☐ Paper |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| TOP SHELF BRANDS 401K RETIREMENT PLAN | EIN: _4_ _6_ – _5_ _3_ _3_ _1_ _1_ _6_ |

Has the plan been terminated?

☒ No

☐ Yes

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

[X] None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name _____ Street _____ City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name _____ Street _____ City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City    State    ZIP Code | _____ _____ _____ Address _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

[X] None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **1-800-Self-Storage.com On Maple** Name  **2477 W. Maple** Street  **Troy, MI 48084** City    State    ZIP Code | **Douglas Mrdeza** _____ _____ Address _____ _____ | _____ _____ _____ | [X] No ☐ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City        State        ZIP Code | | From _____    To _____ |
| 25.2. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City        State        ZIP Code | | From _____    To _____ |
| 25.3. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City        State        ZIP Code | | From _____    To _____ |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Derderian, Kann, Seyferth & Salucci, P.C.** <br> Name <br> **3001 W. Big Beaver** <br> Street <br> **Suite 700** <br> **Troy**                    **MI**                    **48084** <br> City                    State                    ZIP Code | From **2016**   To **2020** |
| Name and address | Dates of service |
| 26a.2. <br> Name <br> Street <br> City                    State                    ZIP Code | From _____   To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| 26b.1. <br> Name <br> Street <br> City                    State                    ZIP Code | From _____   To _____ |
| Name and address | Dates of service |
| 26b.2. <br> Name <br> Street <br> City                    State                    ZIP Code | From _____   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. <br> Name <br> Street <br> City                    State                    ZIP Code | _____ <br> _____ <br> _____ |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.

Name

Street

City                                State              ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.

Name

**Sunrise Banks North America**
Street
**200 University Avenue West**
**Saint Paul, MN 55103**
City                                State              ZIP Code

| Name and address |
|---|

26d.2.

Name

**WebBank**
Street
**215 South State Street, Suite 1000**
**Salt Lake City, UT 84111**
City                                State              ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Amazon.com Inc.** | **10/31/2019** | $ __1,000,000__ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.    **Douglas Mrdeza**
Name    **5938 Hickory Tree Trl.**

Street

**Bloomfield Hills , MI 48301**
City                                State              ZIP Code

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Douglas Mrdeza** | 08/01/2020 to 09/10/2020 | $     1,000,000 Wholesale |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.2.

Name   **Larry Leto**
**Regional Account Executive, Commercial Michigan Market**

Street   **6700 E. 14 Mile Road | Warren, MI 48088**

City                       State        ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Douglas Mrdeza** | **5938 Hickory Tree Trl.   Bloomfield Hills , MI 48301** | **Member** | **100** |
| | | | |
| | | | |
| | | | |
| | | | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   **Douglas Mrdeza** | **50000** | | **Loan Repayment** |
| Name | | | |
| Street   **5938 Hickory Tree Trl.** | | _____ | |
| **Bloomfield Hills , MI 48301** | | _____ | |
| City          State       ZIP Code | | | |
| Relationship to debtor | | _____ | |
| | | _____ | |

| Name and address of recipient | | | |
|---|---|---|---|
| 30.2 | | | |
| | Name | | |
| | Street | | |
| | City          State          ZIP Code | | |
| | **Relationship to debtor** | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ − ___ ___ ___ ___ ___ ___ ___ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ − ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **10/04/2021**
             MM / DD / YYYY

✗ _____    Printed name   **Douglas Mrdeza**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **Memeber**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☒ No

☐ Yes