# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 21-47551 LSG

**Case Name:** TOP SHELF BARBER SUPPLIES LLC

**For Period Ending:** 03/31/2022

**Trustee Name:** (420030) Kenneth A. Nathan

**Date Filed (f) or Converted (c):** 09/21/2021 (f)

**§ 341(a) Meeting Date:** 10/14/2021

**Claims Bar Date:**

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | DEPOSITS OF MONEY<br>Citizens Bank<br>Business Checking | 300.00 | 300.00 | | 0.00 | 300.00 |
| 2 | ACCOUNTS RECEIVABLE<br>Over 90 days old:<br>Face amount $1,000,000.00<br><br>3/9/22 Initiated adversary proceeding:<br><br>Kenneth Nathan, Trustee v. Best Seller, Inc.<br>Adv. Proc. Case No. 22-0434 | 1,000,000.00 | 1,000,000.00 | | 0.00 | 1,000,000.00 |
| 3 | NOTES RECEIVABLE<br>Description (include name of obligor)<br>RAW APOTHECARY LLC | 25,000.00 | 25,000.00 | | 0.00 | 25,000.00 |
| 4 | POTENTIAL CHAPTER 5 CLAIMS (u)<br>Potential Chapter 5 Claims<br>3/31/22 **value estimated/ongoing investigation** | 0.00 | 500,000.00 | | 0.00 | 500,000.00 |
| 5 | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS (u)<br>Claims against Amazon<br>**Debtor asserts claims are worth $5,000,000/still investigating** | 0.00 | 5,000,000.00 | | 0.00 | 5,000,000.00 |
| 5 | **Assets Totals (Excluding unknown values)** | **$1,025,300.00** | **$6,525,300.00** | | **$0.00** | **$6,525,300.00** |

**Major Activities Affecting Case Closing:**

3/31/22 Ongoing investigation into potential Chapter 5 claims (value estimated/still unknown). Monitoring adversary proceeding against Best Seller, Inc. Investigating potential claims against Amazon (Debtor asserts to be worth $5,000,000).

3/9/22 Initiated adversary proceeding against Best Seller, Inc. {Adv. Proc. No. 22-04034}

2/28/22 Employed John F. Dery & Associates, P.C. Accountant; Order entered [Dockets 61 and 63, respectively]

2/11/22 Looking at all assets listed on Schedule A; potential Chapter 5 claims; and reviewing documentation requested in 2004 Exam Order as well as all business affairs of the Debtor

1/31/22 Subpoena issued against Sunrise Bank, NA [Docket 59]

1/24/22 Order entered Granting Stipulation for 2004 Examination and Production of Documents [Docket 57]

1/20/22 Stipulation filed for 2004 Examination and Production of Documents [Docket 56]

11/19/21 Motion to Dismiss Withdrawn

10/13/21 U.S. Trustee filed Motion to Dismiss Case [Docket 26]

**Initial Projected Date Of Final Report (TFR):** 06/30/2024

**Current Projected Date Of Final Report (TFR):** 06/30/2024

| 04/04/2022 | /s/Kenneth A. Nathan |
|---|---|
| Date | Kenneth A. Nathan |