Form:ntctfclm

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 21−47551−lsg
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Top Shelf Barber Supplies LLC
   fdba Top Shelf Brands
   5938 Hickory Tree Trail
   Bloomfield Hills, MI 48301

Social Security No.:

Employer's Tax I.D. No.:
   46−5331116

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before:

**June 26, 2024**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

A Proof of Claim form ("Official Form 410") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A proof of claim may be mailed to the clerk's office for filing. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope. A proof of claim may also be filed electronically using the Electronic Proof of Claim (ePOC) program located on the Michigan Eastern Bankruptcy Court's website: (https://www.mieb.uscourts.gov).

There is no fee for filing the proof of claim.

**Any creditor who has previously filed a proof of claim in this case need not file another proof of claim.**

Dated: 3/29/24

                                                      BY THE COURT

                                                      Todd M. Stickle , Clerk of Court
                                                      U.S. Bankruptcy Court

United States Bankruptcy Court
Eastern District of Michigan

In re:     Case No. 21-47551-lsg
Top Shelf Barber Supplies LLC     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2     User: admin     Page 1 of 4
Date Rcvd: Mar 29, 2024     Form ID: ntctfclm     Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Top Shelf Barber Supplies LLC, 5938 Hickory Tree Trail, Bloomfield Hills, MI 48301-1338 |
| 27088852 | + | AMERICAN EXPRESS, PO Box 6985, Buffalo, NY 14240-6985 |
| 27088882 | + | Alfaparf BIP Inc., 8200 NW 33rd St. Ste 109, Doral, FL 33122-1942 |
| 27088876 | | Altus Global Trade Solutions, 2400 Veterans Blvd Ste 300, Kenner LA 70062 USA |
| 27088835 | + | Amazon Capital Services, Inc., 2201 Westlake Ave, Seattle, WA 98121-2778 |
| 27088869 | + | Amazon Media Group LLC, 2021 7TH Ave, Seattle , WA 98121-2601 |
| 27088849 | + | Banc of America Leasing & Capital, LLC, c/o Robert Ajlouny (P35941), 370 E. Maple Road, Ste. 230, Birmingham, MI 48009-6303 |
| 27088871 | + | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4036 |
| 27088853 | + | Brex, 405 Howard Street, San Francisco, CA 94105-2625 |
| 27088848 | + | CAPITAL ONE BANK (USA), MA., 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 27088857 | | Celtic Bank, 268 South Street, Suite 300, Salt Lake City, UT 84111 USA |
| 27229557 | + | Charles S. Stahl, Jr., Swanson, Martin & Bell, LLP, 2525 Cabot Drive, Suite 204, Lisle, IL 60532-3628 |
| 27088866 | + | Dentons US LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| 27088859 | + | Derderian, Kann, Seyferth & Salucci, P.C., 3001 W. Big Beaver, Suite 700, Troy, MI 48084-3108 |
| 27130736 | | FedEx Corporate Services Inc, 3965 Airways Blvd, Module G, 3rd Floor, Memphis, TN 38116-5017 |
| 27088836 | + | First Corporate Solutions Inc., 914 S STREET, Sacramento, CA 95811-7025 |
| 27088883 | + | Great Lakes Pension Associates, Inc., 37923 W. Twelve Mile Rd., Farmington Hills, MI 48331-3035 |
| 27088839 | + | GreatAmerica Financial Services Corporation, 625 First Street, Cedar Rapids, IA 52401-2030 |
| 27088880 | + | Johnny B Haircare, 6409 Gayhart St,, Commerce, CA 90040-2505 |
| 27088881 | + | Ken Nemec, 809 E. Superior, Wayland, MI 49348-9176 |
| 27088863 | + | King &, Sales and Distribution Company, Inc., PO. BOX 615, South Orleans, MA 02662-0615 |
| 27088838 | + | LEASE CORPORATION OF AMERICA, 3150 LIVERNOIS RD, SUITE 300, TROY, MI 48083-5000 |
| 27088875 | + | Lincoln & Morgan, 600 W Broadway Suite 700, San Diego, CA 92101-3370 |
| 27088858 | + | NatureLab, 5792 W. Jefferson Blvd., Culver City, CA 90016 USA 90016-3107 |
| 27088885 | + | Netsuite, 500 Oracle Parkway, Redwood Shores, CA 94065 USA 94065-1677 |
| 27088886 | + | Oracle, 2300 Oracle Way, Austin, TX 78741-1400 |
| 27088850 | + | Payability Commercial Factors, LLC, c/o WITTE LAW OFFICES, PLLC, 119 E. Kalamazoo St., Lansing, Michigan 48933-2111 |
| 27088860 | + | Pearl Cohen Zedek Latzer Baratz LLP, Times Square Tower, 7 Times Square, New York, NY 10036-6524 |
| 27088862 | + | Quench USA Detroit, 28223 Telegraph Rd., Southfield, MI 48034-7503 |
| 27088851 | + | RUBIES COSTUME COMPANY, INC, c/o GLASSEN, RHEAD, MCCLEAN, CAMPBELL &, 533 SOUTH GRAND AVE, LANSING, MI 48933-2463 |
| 27088868 | + | Scarecrow, Inc., 431 Leoni Dr., Grover Beach, CA 93433-3041 |
| 27088845 | + | Spadafore Distributing Company, c/o H. Kirby Albright (P32363), 124 W. Allegan Street, Suite 1000, Lansing, MI 48933-1716 |
| 27088844 | | Spin Master Ltd., 225 King Street W, Toronto, ON M5V 3M2 CANADA |
| 27088842 | + | THE MONROVIA GROUP LLC, C/O SCOTT M. KWIATKOWSKI, 4000 TOWN CENTER, SUITE 1200, SOUTHFIELD, MI 48075-1413 |
| 27088843 | + | THINK OPERATIONS LLC, 174 Route 109, West Babylon, NY 11704-6221 |
| 27088861 | + | TIGI LINEA CORP, 1655 Waters Ridge Dr,, Lewisville, TX 75057-6013 |
| 27088837 | + | TOYOTA INDUSTRIES COMMERICAL FINANCE, 8951 CYPRESS WATER BLVD, SUITE 300, Coppell, TX 75019-4753 |
| 27088865 | + | Technology Concepts & Design, Inc., 4508 Weybridge Lane, Greensboro, NC 27407-7876 |
| 27229558 | + | Toyota Industries Commercial Finance, Inc., Charles S. Stahl, Jr., Swanson, Martin & Bell, LLP, 2525 Cabot Drive, Suite 204, Lisle, IL 60532-3628 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 27088870 | + | Email/Text: bankruptcynotices@amazon.com | Mar 29 2024 21:43:00 | Amazon Services, 410 Terry Avenue, North Seattle, WA 98109-5210 |
| 27088854 | + | Email/Text: bankruptcynotices@amazon.com | Mar 29 2024 21:43:00 | Amazon.com, Inc., 410 Terry Avenue, North Seattle, WA 98109-5210 |
| 27088873 | ^ | MEBN | Mar 29 2024 21:42:15 | Bluevine, 401 Warren Street, Redwood City, CA 94063-1536 |
| 27088872 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 29 2024 21:42:00 | Citizens Bank, One Citizens Plaza,, Providence, RI 02903 USA |
| 27088840 | + | Email/Text: Bankruptcynotice@cscglobal.com | Mar 29 2024 21:42:00 | CORPORATION SERVICE COMPANY, PO. BOX 2576, SPRINGFIELD, IL 62708-2576 |
| 27088879 | + | Email/Text: ddulworth@clarkhill.com | Mar 29 2024 21:43:00 | Clark Hill, 200 Ottawa NW, Suite 500, Grand Rapids, MI 49503-2426 |
| 27088887 | + | Email/Text: bankruptcy_notices@cmsenergy.com | Mar 29 2024 21:43:00 | Consumers Energy, PO. Box 740309, Cincinnati, OH 45274-0309 |
| 27088856 | | EDI: JPMORGANCHASE | Mar 30 2024 01:30:00 | JPMorgan Chase Bank, N.A., 270 Park Ave., New York, NY 10017 USA |
| 27088855 | | Email/Text: bankruptcy@kservicing.com | Mar 29 2024 21:42:00 | Kabbage Inc., 730 Peachtree St NE #1100, Atlanta, GA 30308 USA |
| 27445049 | + | Email/Text: schristianson@buchalter.com | Mar 29 2024 21:42:00 | Oracle America, Inc., c/o Shawn M. Christianson, Buchalter PC, 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| 27088847 | + | Email/Text: bankruptcy.notices@sunrisebanks.com | Mar 29 2024 21:42:00 | Sunrise Banks North America, 200 University Avenue West, Saint Paul, MN 55103-2074 |
| 27088874 | + | Email/Text: arbankruptcy@uline.com | Mar 29 2024 21:43:00 | ULINE, 12575 Uline Dr., Pleasant Prairie, WI 53158-3686 |
| 27088864 | + | Email/Text: bankruptcy@ups.com | Mar 29 2024 21:43:00 | UPS, 55 Glenlake Parkway, NE Atlanta, GA 30328-3474 |
| 27088877 | | EDI: USBANKARS.COM | Mar 30 2024 01:30:00 | US BANK, 800 Nicollet Mall Fl 2, Minneapolis, MN 55402 USA |
| 27088846 | + | Email/Text: bankruptcy@webbank.com | Mar 29 2024 21:42:00 | WebBank, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | Andrew R. Vara |
| 27088841 | *+ | FIRST CORPORATE SOLUTIONS, 914 S STREET, SACRAMENTO, CA 95811-7025 |
| 27088884 | ##+ | Feedvisor LTD., 33 Irving Place, Floor 3, New York, NY 10003-2332 |
| 27088878 | ##+ | Lansing Board of Water & Lights, 1201 S Washington Ave,, Lansing, MI 48910-1650 |
| 27088867 | ##+ | The Rochester Law Center, PLLC, 543 N. Main Street, Ste. 222, Rochester, MI 48307-1485 |

TOTAL: 1 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda Susan Wolanin | on behalf of Creditor Spadafore Distributing Company awolanin@fraserlawfirm.com |
| Anthony James Miller | on behalf of Trustee Kenneth Nathan am@osbig.com |
| Anthony James Miller | on behalf of Plaintiff Kenneth Nathan am@osbig.com |
| Anthony James Miller | on behalf of Plaintiff Kenneth Nathan Chapter 7 Trustee am@osbig.com |
| Ariel M. Olah (UST) | on behalf of U.S. Trustee Andrew R. Vara Ariel.Olah@usdoj.gov |
| David P. Miller | on behalf of Plaintiff Kenneth Nathan Chapter 7 Trustee dm@osbig.com |
| Howard S. Sher | on behalf of Defendant Beauty Extra Group LLC howard@jacobweingarten.com |
| Howard S. Sher | on behalf of Defendant Scott Mrdeza howard@jacobweingarten.com |
| Howard S. Sher | on behalf of Defendant Douglas Mrdeza howard@jacobweingarten.com |
| Howard S. Sher | on behalf of Defendant Aliyah Bordayo howard@jacobweingarten.com |
| Howard S. Sher | on behalf of Defendant Raw Apothecary LLC howard@jacobweingarten.com |
| Howard S. Sher | on behalf of Defendant Ryan Mrdeza howard@jacobweingarten.com |
| Howard S. Sher | on behalf of Defendant The Mrdeza Group LLC howard@jacobweingarten.com |
| Jeffrey H. Bigelman | on behalf of Plaintiff Kenneth Nathan jhb_ecf@osbig.com tc@osbig.com;mk@osbig.com |
| Jeffrey H. Bigelman | on behalf of Plaintiff Kenneth Nathan Chapter 7 Trustee jhb_ecf@osbig.com, tc@osbig.com;mk@osbig.com |
| Kenneth Nathan | knathantrustee@nathanlawplc.com MI03@ecfcbis.com |
| Michael R. Wernette | on behalf of Debtor Top Shelf Barber Supplies LLC mike@wernetteheilman.com tonia@wernetteheilman.com |
| Scott Kwiatkowski | on behalf of Creditor The Monrovia Group LLC scott@bk-lawyer.net |
| Shanna Marie Kaminski | on behalf of Defendant Best Seller Inc. skaminski@kaminskilawpllc.com |
| Yuliy Osipov | on behalf of Trustee Kenneth Nathan yotc_ecf@yahoo.com yo_ecf@osbig.com;tc_ecf@osbig.com |
| Yuliy Osipov | |

Yuliy Osipov
    on behalf of Plaintiff Kenneth Nathan yotc_ecf@yahoo.com yo_ecf@osbig.com;tc_ecf@osbig.com

    on behalf of Plaintiff Kenneth Nathan Chapter 7 Trustee yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

TOTAL: 22