# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 21-47551 LSG  
**Case Name:** TOP SHELF BARBER SUPPLIES LLC  
**For Period Ending:** 03/31/2024

**Trustee Name:** (420030) Kenneth A. Nathan  
**Date Filed (f) or Converted (c):** 09/21/2021 (f)  
**§ 341(a) Meeting Date:** 10/14/2021  
**Claims Bar Date:** 06/26/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | DEPOSITS OF MONEY<br>Citizens Bank<br>Business Checking | 300.00 | 300.00 | | 0.00 | FA |
| 2 | ACCOUNTS RECEIVABLE<br>Over 90 days old:<br>Face amount $1,000,000.00<br><br>3/9/22 Initiated adversary proceeding:<br><br>Kenneth Nathan, Trustee v. Best Seller, Inc.<br>Adv. Proc. Case No. 22-0434<br><br>3/22/24 Filed Trustee's Motion for Order Authorizing Trustee to Compromise Claims [Docket 77]<br> - THIS SETTLEMENT PERTAINS TO BOTH ASSET NOS. 2 AND 4<br> - Trustee filed two Adversary Proceedings in this matter: #22-04034-LSG against Defendant Best Seller, Inc. {See Asset No. 2}; and #22-04235-LSG against Defendants Douglas Mrdeza, Ryan Mrdeza , Scott Mrdeza, Aliyah Bordayo, Raw Apothecary, LLC, Beauty Extra Group, LLC, The Mrdeza Group, LLC, Best Seller, Inc., and Maranatha Bilingual Church.<br> - On 8/8/23 the Court approved Trustee's settlement of the claims asserted by the Trustee against Maranatha [Docket 75] which fully and finally resolved such claims.<br> - This compromise Trustee seeks to approve in this Motion concerns the claims asserted by the Trustee in the Adversary Proceedings against all Defendants other than Maranatha.<br> - Within 60 days after the Order has been entered and becomes final and non-appealable, Doug and/or Ryan shall pay $133,333.34 to Trustee.<br> - Within 60 days after the Order has been entered and becomes final and non-appealable, Best Seller shall pay $66,666.66 to Trustee. | 1,000,000.00 | 1,000,000.00 | | 0.00 | 66,666.66 |
| 3 | NOTES RECEIVABLE<br>Description (include name of obligor)<br>RAW APOTHECARY LLC | 25,000.00 | 25,000.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 21-47551 LSG
**Case Name:** TOP SHELF BARBER SUPPLIES LLC
**For Period Ending:** 03/31/2024

**Trustee Name:** (420030) Kenneth A. Nathan
**Date Filed (f) or Converted (c):** 09/21/2021 (f)
**§ 341(a) Meeting Date:** 10/14/2021
**Claims Bar Date:** 06/26/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 4 | POTENTIAL CHAPTER 5 CLAIMS (u)<br><br>Potential Chapter 5 Claims<br>3/31/22 **value estimated/ongoing investigation**<br><br>9/19/22 Initiated Adversary Proceeding 22-04235 Kenneth Nathan, Trustee v. Douglas Mrdeza, Ryan Mrdeza, Scott Mrdeza, Aliyah Bordayo, Raw Apothecary, LLC, The Mrdeza Group, LLC, Best Seller, Inc. and Maranatha Bilingual Church, jointly and severally<br><br>7/28/23 Filed a Motion to Compromise Claims Against Marantha Bilingual Church, only, in the amount of $25,000.00 [Docket 72]<br> - Upon entry of settlement order, Marantha shall pay $25,000.00 to the Trustee<br><br>8/28/23 Order entered Authorizing Trustee to Compromise Claims Against Marantha Bilingual Church [Docket 75]<br><br>3/22/24 Filed Trustee's Motion for Order Authorizing Trustee to Compromise Claims [Docket 77]<br> - THIS SETTLEMENT PERTAINS TO BOTH ASSET NOS. 2 AND 4<br> - Trustee filed two Adversary Proceedings in this matter: #22-04034-LSG against Defendant Best Seller, Inc. {See Asset No. 2}; and #22-04235-LSG against Defendants Douglas Mrdeza, Ryan Mrdeza , Scott Mrdeza, Aliyah Bordayo, Raw Apothecary, LLC, Beauty Extra Group, LLC, The Mrdeza Group, LLC, Best Seller, Inc., and Maranatha Bilingual Church.<br> - On 8/8/23 the Court approved Trustee's settlement of the claims asserted by the Trustee against Maranatha [Docket 75] which fully and finally resolved such claims.<br> - This compromise Trustee seeks to approve in this Motion concerns the claims asserted by the Trustee in the Adversary Proceedings against all Defendants other than Maranatha.<br> - Within 60 days after the Order has been entered and becomes final and non-appealable, Doug and/or Ryan shall pay $133,333.34 to Trustee.<br> - Within 60 days after the Order has been entered and becomes final and non-appealable, Best Seller shall pay $66,666.66 to Trustee. | 0.00 | 500,000.00 | | 25,000.00 | 133,333.34 |
| 5 | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS (u)<br><br>Claims against Amazon<br>**Debtor asserts claims are worth $5,000,000/still investigating**<br>Determined to hold no value - assigned to Debtor as part of settlement | 0.00 | 5,000,000.00 | | 0.00 | FA |
| 5 | **Assets Totals (Excluding unknown values)** | **$1,025,300.00** | **$6,525,300.00** | | **$25,000.00** | **$200,000.00** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 21-47551 LSG  
**Case Name:** TOP SHELF BARBER SUPPLIES LLC  

**Trustee Name:** (420030) Kenneth A. Nathan  
**Date Filed (f) or Converted (c):** 09/21/2021 (f)  
**§ 341(a) Meeting Date:** 10/14/2021  

**For Period Ending:** 03/31/2024  
**Claims Bar Date:** 06/26/2024  

**Major Activities Affecting Case Closing:**

3/31/24 Pending settlement  
3/28/24 Filed Notice of Assets {Claims bar date is 6/26/24} [Docket 78]  
3/22/24 Settled Adv. 22-04235 and 22-04034 at mediation for $200,000.00; Motion filed [Docket 77]  
12/31/23 Pending litigation  
9/30/23 Pending litigation  
7/5/23 Mediation in Nathan v Mrdeza Mediation scheduled for July 25 at 9:30 a.m.; summaries due by July 14  
6/60/23 Pending litigation re: various account receivables and Chapter 5 claims  
3/31/23 Pending litigation re: various account receivables and Chapter 5 claims  
12/31/22 Monitoring adversary proceedings; continued investigation into potential Chapter 5 claims and potential claims against Amazon  
9/19/22 Initiated adversary proceeding against Douglas Mrdeza, et al. {Adv. Proc. No. 22-04235}  
6/30/22 Ongoing investigation into potential Chapter 5 claims (value estimated/still unknown). Monitoring adversary proceeding against Best Seller, Inc. Investigating potential claims against Amazon  
3/31/22 Ongoing investigation into potential Chapter 5 claims (value estimated/still unknown). Monitoring adversary proceeding against Best Seller, Inc. Investigating potential claims against Amazon (Debtor asserts to be worth $5,000,000).  
3/9/22 Initiated adversary proceeding against Best Seller, Inc. {Adv. Proc. No. 22-04034}  
2/28/22 Employed John F. Dery & Associates, P.C. Accountant; Order entered [Dockets 61 and 63, respectively]  
2/11/22 Looking at all assets listed on Schedule A; potential Chapter 5 claims; and reviewing documentation requested in 2004 Exam Order as well as all business affairs of the Debtor  
1/31/22 Subpoena issued against Sunrise Bank, NA [Docket 59]  
1/24/22 Order entered Granting Stipulation for 2004 Examination and Production of Documents [Docket 57]  
1/20/22 Stipulation filed for 2004 Examination and Production of Documents [Docket 56]  
11/19/21 Motion to Dismiss Withdrawn  
10/13/21 U.S. Trustee filed Motion to Dismiss Case [Docket 26]  

**Initial Projected Date Of Final Report (TFR):** 06/30/2024  
**Current Projected Date Of Final Report (TFR):** 12/31/2024  

04/12/2024  
Date  

/s/Kenneth A. Nathan  
Kenneth A. Nathan

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| | |
|---|---|
| Case No.: | 21-47551 LSG |
| Case Name: | TOP SHELF BARBER SUPPLIES LLC |
| Taxpayer ID #: | **-***1116 |
| For Period Ending: | 03/31/2024 |

| | |
|---|---|
| Trustee Name: | Kenneth A. Nathan (420030) |
| Bank Name: | TriState Capital Bank |
| Account #: | ******9217 Checking |
| Blanket Bond (per case limit): | $2,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/11/23 | | Brotherhood Mutual | Payment on compromise settlement against Marantha bilingual Church p/o 8/28/23 | | 25,000.00 | | 25,000.00 |
| | {4} | | Payment #1 on Asset #4 POTENTIAL CHAPTER 5 CLAIMS $25,000.00 | 1241-000 | | | |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 22.70 | 24,977.30 |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 42.70 | 24,934.60 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 39.96 | 24,894.64 |
| 12/11/23 | 101 | Insurance Partners | Trustee Bond 11.1.23 - 10.31.24 \| Invoice 1344932 \| Acct # 118649 | 2300-000 | | 19.25 | 24,875.39 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 38.55 | 24,836.84 |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 43.67 | 24,793.17 |
| 02/29/24 | 102 | Earle Erman | 1/3 Mediation fee (Estate portion) {Adv. 22-04235; Nathan v. Mrdeza; ECF No. 194) p/o 12/20/23 | 3721-000 | | 2,000.00 | 22,793.17 |
| 02/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 38.30 | 22,754.87 |
| 03/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 35.79 | 22,719.08 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 25,000.00 | 2 | Checks | 2,019.25 |
| 0 | Interest Postings | 0.00 | 7 | Adjustments Out | 261.67 |
| | Subtotal | 25,000.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 2,280.92 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 25,000.00 | | | |

Page Subtotals: $25,000.00 $2,280.92

{ } Asset Reference(s)  ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

**Case No.:** 21-47551 LSG  **Trustee Name:** Kenneth A. Nathan (420030)
**Case Name:** TOP SHELF BARBER SUPPLIES LLC  **Bank Name:** TriState Capital Bank
**Taxpayer ID #:** **-***1116  **Account #:** ******9217 Checking
**For Period Ending:** 03/31/2024  **Blanket Bond (per case limit):** $2,000,000.00
 **Separate Bond (if applicable):** N/A

| | |
|---|---:|
| Net Receipts: | $25,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $25,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9217 Checking | $25,000.00 | $2,280.92 | $22,719.08 |
| | **$25,000.00** | **$2,280.92** | **$22,719.08** |

04/12/2024  /s/Kenneth A. Nathan
Date  Kenneth A. Nathan